# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144650

MICHAEL J. ZATTLIN,
      Plaintiff-Appellant,

v

                                SC: 144650
                                COA: 299919

ALDEN STATE BANK, THOMAS R. LANE,             Kalkaska CC: 10-010387-NZ
CHARLES E. BARTZ, JR., and BRANDT
FISHER ALWARD & ROY P.C.,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the January 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012                                     
                                   Clerk

d0514